# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| MARSHALL LOSKOT | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER: |
| V.<br>GROSVENOR PROPERTIES, LTD., a California corporation, GROSVENOR AIRPORT ASSOCIATES, a California Limited Partnership, dba GROSVENOR AIRPORT HOTEL, and DOES ONE to FIFTY, inclusive | **CV 08 4013 SI** |

TO: (Name and address of defendant)

GROSVENOR PROPERTIES, LTD., C/O TODD WERBY, AGENT FOR SERVICE
200 California Street, 6th Floor, San Francisco, CA 94111

GROSVENOR AIRPORT ASSOCIATES, c/o JONATHAN D. BROWN, AGENT FOR SERVICE
407 Primrose Road, Burlingame, CA 94010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JASON K. SINGLETON
RICHARD E. GRABOWSKI
SINGLETON LAW GROUP
611 "L" STREET, SUITE "A"
EUREKA, CA 95501
(707) 441-1177

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE AUG 2 1 2008

Helen L. Almacen
(BY) DEPUTY CLERK