IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSHALL LOSKOT,                                              No. C 08-04013 SI

        Plaintiff,                                              **ORDER**

  v.

GROSVENOR PROPERTIES LTD,

        Defendant.
_____/

        I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section F. of the Assignment Plan of this Court.

Dated:

*[signature: Susan Illston]*

SUSAN ILLSTON
United States District Judge