1  **Jason K. Singleton**, State Bar #166170
   jason@singletonlawgroup.com
2  **Richard E. Grabowski**, State Bar # 236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   **611 "L" Street, Suite A**
4  **Eureka, CA 95501**

5  **(707) 441-1177**
   **FAX 441-1533**
6

7  **Attorney for Plaintiff, MARSHALL LOSKOT**

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 | **MARSHALL LOSKOT,** | ) | Case No. CV-08-4013 PJH |
11 | | ) | |
   | Plaintiff, | ) | **STIPULATION OF DISMISSAL WITH** |
12 | v. | ) | **PREJUDICE AND (Proposed) ORDER** |
   | | ) | |
13 | **GROSVENOR PROPERTIES, LTD.**, a | ) | |
   | **California corporation, GROSVENOR** | ) | |
14 | **AIRPORT ASSOCIATES, a California** | ) | |
   | **Limited Partnership, dba GROSVENOR** | ) | |
15 | **AIRPORT HOTEL, and DOES ONE to FIFTY,** | ) | |
16 | **inclusive,** | ) | |
   | | ) | |
17 | Defendants. | ) | |

18

19   Plaintiff MARSHALL LOSKOT and Defendants GROSVENOR PROPERTIES, LTD.,
20 GROSVENOR AIRPORT ASSOCIATES, dba BEST WESTERN GROSVENOR AIRPORT
21 HOTEL (collectively "the Parties"), by and through their respective attorneys of record, hereby
22 stipulate as follows:
23   1.   The Parties have entered into a Confidential Settlement Agreement and General
24 Release in this matter whereby they have resolved all claims and agreed to the dismissal of
25 the above-captioned action with prejudice, each party to bear their own attorney fees and
26 costs.
27 ///
28 ///

STIPULATION OF DISMISSAL, PROPOSED ORDER       1              **CV-08-4013 PJH**

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: December 22, 2008  /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **MARSHALL LOSKOT**

**GORDON & REES LLP**

Dated: December 17, 2008  /s/ Jon C. Yonemitsu
Jon C. Yonemitsu, Attorneys for Defendants
**GROSVENOR PROPERTIES, LTD., GROSVENOR AIRPORT ASSOCIATES , dba BEST WESTERN GROSVENOR AIRPORT HOTEL**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LOSKOT v GROSVENOR PROPERTIES, et al.</u>, Case Number CV-08-4013 PJH, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: 1/8/09

_____
PHYLLIS J. HAMILTON
DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton